1  STEPHAN C. VOLKER (CSB #63093)
   JOSHUA A.H. HARRIS (CSB #222886)
2  STEPHANIE L. ABRAHAMS (CSB # 257961)
   LAW OFFICES OF STEPHAN C. VOLKER
3  436 14th Street, Suite 1300
   Oakland, CA 94612
4  Tel: 510.496.0600
   Fax: 510.496.1366
5
   Attorneys for Plaintiffs
6  BACKCOUNTRY AGAINST DUMPS, THE
   PROTECT OUR COMMUNITIES FOUNDATION,
7  EAST COUNTY COMMUNITY ACTION
   COALITION, and DONNA TISDALE
8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  BACKCOUNTRY AGAINST DUMPS, THE<br>PROTECT OUR COMMUNITIES FOUNDATION,<br>12  EAST COUNTY COMMUNITY ACTION<br>COALITION, and DONNA TISDALE, | CASE NO. 2:10-CV-00394-FCD-KJN<br><br>**STIPULATION ALLOWING<br>DEFENDANT-INTERVENOR SAN<br>DIEGO GAS & ELECTRIC** |

13              Plaintiffs,              **COMPANY PERMISSIVE
                                         INTERVENTION ON MERITS AND
14      v.                               INTERVENTION AS OF RIGHT ON
                                         REMEDIES**
15  JIM ABBOTT, in his official capacity as California
    State Director of the United States Bureau of Land    **AND**
16  Management, REN LOHOEFENER, in his official
    capacity as Pacific Southwest Regional Director of    **ORDER THEREON**
17  the United States Fish and Wildlife Service,
    KEN SALAZAR, in his official capacity as Secretary
18  of the United States Department of the Interior,
    BOB ABBEY, in his official capacity as the Director
19  of the Bureau of Land Management, MIKE POOL, in
    his official capacity as the Deputy Director of the
20  Bureau of Land Management, SAM HAMILTON, in
    his official capacity as the Director of the Fish and
21  Wildlife Service, UNITED STATES DEPARTMENT
    OF THE INTERIOR, BUREAU OF LAND
22  MANAGEMENT, UNITED STATES
    DEPARTMENT OF THE INTERIOR, FISH AND
23  WILDLIFE SERVICE,

24              Defendants.

25  _____

26          Pursuant to Local Rule 143 and Federal Rule of Civil Procedure 24, the Plaintiffs, the

27  Federal Defendants and Proposed Defendant-Intervenor San Diego Gas & Electric Company

28  ("SDG&E") hereby stipulate to the following and based thereon, respectfully request this Court's

                                          1

1  order approving this stipulation:

2    WHEREAS, SDG&E is the proponent of the Sunrise Powerlink Electrical Transmission

3  Line Project ("Sunrise Project"), an approximately 118-mile transmission line running from the

4  Imperial Valley, California to the San Diego, California region approved by the California Public

5  Utilities Commission in December 2008[1] that would cross a mix of federal, state, and local land,

6  including approximately 50 miles of land administered by the Bureau of Land Management

7  ("BLM"), whose approvals by the Federal Defendants are challenged in this action;

8    WHEREAS, the BLM approved the Sunrise Project on January 20, 2009 through a

9  Record of Decision, an amendment to the Eastern San Diego County Planning Area Resource

10  Management Plan and issuance of two rights-of-way to SDG&E to construct, maintain, and

11  operate the Sunrise Project on BLM-administered lands;

12    WHEREAS, the U.S. Fish and Wildlife Service ("FWS") issued a biological opinion for

13  the Sunrise Project in January 2009 as to which SDG&E, as the Applicant, claims a beneficial

14  interest in the biological opinion's incidental take statement;

15    WHEREAS, Plaintiffs filed a complaint on February 16, 2010 commencing this action

16  challenging these BLM and FWS approvals for the Sunrise Project;

17    WHEREAS, SDG&E represents that it has spent hundreds of millions of dollars securing

18  these challenged approvals by the Federal Defendants and taking actions in reliance upon these

19  approvals, which expenditures it plans, as a public utility, to apply to recoup in rates, including a

20  return on its investment;

21    WHEREAS, SDG&E represents that it has claims and defenses directly relating to the

22  merits of this action that share with the main action common questions of law and fact, and

23  therefore the parties agree that SDG&E may intervene permissively, under Rule 24(b), in the

24  merits of this action;

25    WHEREAS, SDG&E represents that (1) it has an interest relating to the properties and

26  _____

27  [1] The CPUC approval has been challenged in proceedings currently pending in both the
California Supreme Court and the California Court of Appeal.

28

1   transactions that are the subject of this action, (2) it is so situated that disposing of the action may

2   as a practical matter impair or impede its ability to protect its interest, and (3) no existing party

3   adequately represents its interest; and therefore the parties agree that SDG&E may intervene as a

4   matter of right under Rule 24(a), in any and all remedial proceedings in this action;

5          WHEREAS, SDG&E represents that its intervention is timely as no further proceedings

6   have yet occurred in this action and will not unduly delay or prejudice the original parties' rights;

7   and

8          WHEREAS, based on these representations, the Plaintiffs and Federal Defendants do not

9   oppose the stipulated intervention;

10         THEREFORE, the parties stipulate that SDG&E is granted permissive intervention for all

11  claims on the merits and intervention as of right for all claims in any remedial proceedings in this

12  action.[2]

13         **IT IS SO AGREED AND STIPULATED.**

14         Respectfully submitted this 8th day of April, 2010

15  **For Plaintiffs:**                              **For Defendant-Intervenor:**

16
17  /s/ Stephan C. Volker                        /s/ Damon Mamalakis
    STEPHAN C. VOLKER                            DAMON MAMALAKIS
18  Law Offices of Stephan C. Volker             Latham & Watkins LLP

19  **For Federal Defendants:**

20  /s/ Charles R. Shockey
    CHARLES R. SHOCKEY
21  United States Department of Justice

22         **IT IS SO ORDERED.**

23
24  Dated: April 8, 2010                         _____
                                                 FRANK C. DAMRELL, JR.
25                                               UNITED STATES DISTRICT JUDGE

26
    _____
27  [2] SDG&E will promptly file its Answer with the Court upon approval of this stipulation.
    Pursuant to Fed. R. Civ. P. 7.1, SDG&E's corporate disclosure statement is attached.
28